UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leonard J. Mainiero | : CHAPTER 13 |
| Roberta K. Mainiero | : |
| Debtors | : |
| | : NO. 21-12205 MDC |

**O R D E R**

**AND NOW,** this 17th day of December 2021, upon consideration of the Debtors' motion and a hearing thereon; it is hereby ordered that:

1. The Fair Market Value of Debtors' real property located at 103 Camsten Court, Chesterbrook, PA 19087 is set at $355,000.00 and Debtors' personal property is set at $15,350.00.

2. Pursuant to 11 U.S.C. Section 506 (a) and (d) the allowed secured claim of the Department of Treasury - Internal Revenue Service is set at $34,501.93 and any balance remaining shall be treated as an allowed unsecured claim

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE